**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JULIE ALLEN,<br><br>                Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; ALLY FINANCIAL INC., and THE BANK OF MISSOURI<br><br>                Defendants. | Civil Action No. 3:26-cv-00056-BAJ-EWD<br><br>District Judge Brian A. Jackson<br><br>Magistrate Judge Erin Wilder-Doomes |

## <u>MOTION FOR *PRO HAC VICE* ADMISSION</u>

Pursuant to Local Rule 83(b)(8) of the United States District Court for the Middle District of Louisiana, Defendant Experian Information Solutions, Inc. ("Experian" or "Mover"), hereby moves this Court for an Order authorizing Fatmeh Basma to practice *pro hac vice* as counsel for Defendant Experian Information Solutions, Inc. in the above-captioned matter, and states as follows:

1.      Mover shows that Fatmeh Basma is a is a member in good standing of the District of Columbia bar as noted by the Certificate of Good Standing issued by the District of Columbia Court of Appeals, attached as Exhibit "A."

2.      Further, Mover attaches the Declaration of Fatmeh Basma as Exhibit "B," in which she states under oath that she is licensed to practice law in the District of Columbia and that no disciplinary proceedings or criminal charges have been instituted against her.

3.      Mover further submits that in accordance with the local rules for the United States District Court, Middle District of Louisiana, Julie M. McCall, of the law firm of Butler Snow, LLP is appointed as local counsel.

4.    Fatmeh Basma's contact information is as follows:

Fatmeh Basma
GOODWIN PROCTER LLP
1900 N Street, NW Washington,
DC 20036
Telephone: 202.346.4528
Email: FBasma@goodwinlaw.com

WHEREFORE, the undersigned requests an Order of this Court allowing Fatmeh Basma to be specifically admitted in the above-referenced action as co-counsel for Experian Information Solutions, Inc.

Dated: June 29, 2026

Respectfully submitted,

/s/ Julie Moffett McCall
Julie Moffett McCall (La. #29992)
BUTLER SNOW LLP
445 North Boulevard, Suite 300
Baton Rouge, LA 70802
Tel.: (225) 325-8734
Julie.McCall@butlersnow.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2026, I caused a true and correct copy of the foregoing document to be served electronically on counsel of record for Plaintiff by filing the document using the CM/ECF system.

/s/ Julie Moffett McCall
Julie Moffett McCall